# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR137 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **MICHAEL TOBIN,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Michael Tobin (Tobin) for a review of the detention order (Filing No. 47).  Tobin proposes release to a third-party custodian. Previously, Tobin had been screened for a possible release to CH, Inc., but was rejected because of Tobin's violent criminal history.  Placement at a residence of a third-party custodian is not an acceptable alternative.  Accordingly, Tobin's motion for review of the detention order is denied.

**IT IS SO ORDERED.**

DATED this 8th day of July, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge