## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR137 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL TOBIN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Michael Tobin (Tobin) to review the order of detention (Filing No. 79). Tobin seeks release to a third party custodian, Antoine Watson. Tobin requests an investigation by Pretrial Services to determine the suitability of Mr. Watson as a custodian. The motion will be granted to the extent Pretrial Services shall conduct such an investigation and submit a report to the court and counsel. Thereafter, the court will determine whether an evidentiary hearing is warranted.

**IT IS SO ORDERED.**

DATED this 26th day of September, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge