# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR137** |
| **Plaintiff,** | ) | |
| **vs.** | ) | **ORDER** |
| **MICHAEL TOBIN,** | ) | |
| **Defendant.** | ) | |

This matter comes before the Court on Defendant's motion to seal (Filing No. 97).

IT IS ORDERED:

1.   The Defendant's motion to seal (Filing No. 97) is granted; and

2.   The Clerk is directed to file the Defendant's sentencing memorandum (Filing No. 98) and documents in support of his sentencing memorandum (Filing Nos. 99 and 100) under seal.

DATED this 5th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge