**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR137** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MICHAEL TOBIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's redaction request (Filing No.
132).

IT IS ORDERED:

1.    The Defendant's redaction request (Filing No. 132) is granted in part and

denied in part as follows:

a.    the request is granted as to ¶¶ 2 and ¶ 3; and

b.    the request is denied with respect to ¶ 1.

DATED this 6th day of March, 2012.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge